# Court of Appeals
# of the State of Georgia

ATLANTA,___May 13, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1566. JOHNNY ARNOLD v. THE STATE.**

In 1997, Johnny Arnold was convicted of armed robbery and possession of cocaine. We affirmed his convictions on appeal. *Arnold v. State*, 238 Ga. App. 314 (518 SE2d 716) (1999). Arnold later filed a motion for out-of-time appeal. The trial court denied the motion, and he appeals. Because Arnold has already had a direct appeal, he is not entitled to an out-of-time appeal. See *Simmons v. State*, 276 Ga. 525, 526 n.2 (579 SE2d 735) (2003) ("The denial of a motion for out-of-time appeal is directly appealable when the criminal conviction at issue has not been the subject of direct appeal."); *Jackson v. State*, 273 Ga. 320 (540 SE2d 612) (2001) (defendant "not entitled to another bite at the apple by way of a second appeal."). This appeal is therefore DISMISSED. See *Jackson*, supra.[1]

---

[1] To the extent that Arnold seeks to challenge the effectiveness of his appellate counsel, "a petition for Writ of Habeas Corpus is the proper vehicle to utilize for the development of a record and subsequent review of the substantive claim." *Boney v. State*, 236 Ga. App. 179, 180 (510 SE2d 892) (1999); see also *Milliken v. State*, 276 Ga. 712, 713 (583 SE2d 30) (2003).



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 05/13/2014

      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

            *Stephen E. Castlen*     , *Clerk.*